IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 01-cr-00738-JF-1 |
| ANTHONY THOMAS : | |

ORDER

AND NOW, this 13th day of April 2011, upon consideration of Defendant's pending motions, and the responses thereto, IT IS ORDERED:

1. That Defendant's "Petition for Writ of Audita Querela" (Document No. 167) is DENIED.

2. That Defendant's "Motion for Prompt Disposition on Pending Motion for Habeas Corpus Writ of Audita Querela" (Document No. 173) is DISMISSED AS MOOT.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.